# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130165

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITIZENS INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                                                   SC: 130165
                                                   COA: 254466
                                                   Kent CC: 03-003717-NZ

F.C. SCHOLZ, III, and HOONHORST
CONCRETE, INC.,
                Defendants-Appellees,

and

BULTSMA EXCAVATING INC.,
                Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
                       Clerk

p0424